IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

United States of America,

      Plaintiff,                      No. CR. S 96-0407 DFL PAN

      vs.

Amado Bettencourt Reyes,

      Defendant.                ORDER

_____/

        Defendant, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On November 1, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Defendant has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 1, 2005, are adopted in full.

2. Defendant's April 2, 2001, motion to vacate or set aside sentence is denied. The Clerk of the Court shall close the companion civil case number Civ. S 00-1433 MCE PAN P.

Dated: 2/8/2006

_____
DAVID F. LEVI
United States District Judge